# IN THE SUPREME COURT OF THE STATE OF NEVADA

HERIBERTO MORENO,
                Appellant,

vs.

SWITCH, LTD., A NEVADA
CORPORATION,
                Respondent.

No. 75651

FILED

JAN 08 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court summary judgment. Eighth Judicial District Court, Clark County; Joseph Hardy, Jr., Judge.

On July 5, 2018, this court issued a notice directing appellant to file a transcript request form within 15 days, a docketing statement within 20 days, and the opening brief or informal brief for pro se parties within 120 days. When appellant failed to file these documents we issued a notice on September 5, 2018, directing him to file the transcript request form and docketing statement within 10 days, and an order on November 20, 2018, directing appellant to file the transcript request form, docketing statement, and opening brief or informal brief within 11 days. The order cautioned appellant that failure to comply could result in the dismissal of this appeal as abandoned. To date, appellant has failed to file any of these documents, or to otherwise communicate with this court. Accordingly, appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

19-01073

cc: Hon. Joseph Hardy, Jr., District Judge
Persi J. Mishel, Settlement Judge
Heriberto Moreno
Pyatt Silvestri
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A